MIRIAM GORSCHEN, Respondent, *v.* IVAN-REEN REALTY CORPORATION, Appellant.

Argued October 11, 1944; decided November 16, 1944.

*Arnold J. Brock, Edmund O. Austin* and *William P. Balaban* for appellant.

*Milton M. Eisenberg* and *Ralph Weller* for respondent.

*Per Curiam.* Refusal of the mortgagor to pay a higher rate of interest than that specified in the extension agreement after the expiration of the extension furnished no ground for foreclosure of the mortgage (*Brighton Operating Corp.* v. *Morrison,* 291 N. Y. 6). No other question is open for our consideration.

The judgments should be reversed and the complaint dismissed, with costs in all courts.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgments reversed, etc.